FILED IN OPEN COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OCT 4 2006

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

RAPHAEL E. McKINON,

     Plaintiff,

v.

                                      CASE NO: 8:05-cv-1258-T-26TBM

ERIC BOLDEN, individually, and as an
officer of the Sarasota Police Department,
and SUE WONIYA, individually, and as
an officer of the Sarasota Police Department,

     Defendants.

_____/

## VERDICT FORM

1)    Do you find from a preponderance of the evidence: That the Defendant,

ERIC BOLDEN's, arrest of Plaintiff and the search of Plaintiff's home were the

proximate or legal cause of damages sustained by Plaintiff?

Answer Yes or No:             __YES__

[Note: If you answered No to Question No. 1, your verdict is for Defendant
Bolden. Therefore, skip the remaining questions and have your foreperson
sign and date this verdict form at the bottom of the page.]

2)    That the Plaintiff should be awarded damages to compensate for the

reasonable value of any property lost or destroyed during, or as a result of, the

Defendant's acts?

Answer Yes or No: _YES_

If your answer was Yes, in what amount?

$ _1,675.00_

3) That the Plaintiff should be awarded damages to compensate for physical as well as emotional pain and mental anguish?

Answer Yes or No: _YES_ .

If your answer was Yes, in what amount?

$ _150,000.00_

**SO SAY WE ALL this _4_ day of October, 2006.**

_____
Foreperson