FILED IN OPEN COURT
OCT 4 2006

UNITED STATES DISTRICT COURT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
TAMPA, FLORIDA

RAPHAEL E. McKINON,

    Plaintiff,

v.   CASE NO: 8:05-cv-1258-T-26TBM

ERIC BOLDEN, individually, and as an
officer of the Sarasota Police Department,
and SUE WONIYA, individually, and as
an officer of the Sarasota Police Department,

    Defendants.
_____/

## VERDICT FORM

1) Do you find from a preponderance of the evidence: That the Defendant, SUE WONIYA's, arrest of the Plaintiff was the proximate or legal cause of damages sustained by Plaintiff?

Answer Yes or No:    YES

[Note: If you answered No to Question No. 1, your verdict is for Defendant Woniya. Therefore, skip the remaining questions and have your foreperson sign and date this verdict form at the bottom of the page.]

2) That the Plaintiff should be awarded damages to compensate for the reasonable value of any property lost or destroyed during, or as a result of, the Defendant's act?

Answer Yes or No:     YES

If your answer was Yes, in what amount?

$ 1,675.00

3) That the Plaintiff should be awarded damages to compensate for physical as well as emotional pain and mental anguish?

Answer Yes or No:     YES

If your answer was Yes, in what amount?

$ 100,000.00

SO SAY WE ALL this __4__ day of October, 2006.

_____
Foreperson